IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION FOR THE GSAMP TRUST 2006-HE6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE6, <br><br>Plaintiff, <br><br>v. <br><br>BLANCA BUSTOS, <br><br>Defendants. | Case No: 12-cv-2505 <br><br> Judge: Robert M. Dow, Jr. |

**MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE NUNC PRO TUNC**

NOW COMES the Plaintiff, **US BANK NATIONAL ASSOCIATION FOR THE GSAMP TRUST 2006-HE6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE6**, by and through its attorney, Megan Christine Adams, and moves this Honorable Court for Entry of Judgment of Foreclosure *nunc pro tunc* July 24, 2012. In support thereof, Plaintiff states as follows:

1. On April 5, 2012 Plaintiff filed its Complaint to Foreclose Mortgage.

2. On July 24, 2012 the Court granted Plaintiff's Motion for Default Judgment and the minute entry stated "Entry Judgment of Foreclosure." [ECF #10]

3. For reasons unknown, a Judgment of Foreclosure was never entered.

4. Therefore, Plaintiff seeks a Judgment of Foreclosure so that Plaintiff may proceed with the sale of this foreclosed property.

WHEREFORE, Plaintiff respectfully requests that a Judgment of Foreclosure be entered *nunc pro tunc* July 24, 2012. Plaintiff will provide a draft order reflecting the figures contained in the affidavits already on the record. [ECF #5-2, 5-3].

> Respectfully submitted,
> */s/ Megan Christine Adams*
> Megan Christine Adams ARDC#6312221
> Potestivo & Associates, P.C.
> 223 West Jackson Blvd, suite 610
> Chicago, IL 60601
> (312)263-0003